UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,          Case Number 22-51470

v.                                  Honorable David M. Lawson
                                   Magistrate Judge Jonathan J.C. Grey

AKELA BISHOP,

          Defendant,

and

FAURECIA AUTOMOTIVE SEATING, LLC,

          Garnishee.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND OVERRULING DEFENDANT'S OBJECTIONS TO CONTINUING WRIT OF GARNISHMENT

On September 15, 2022, the government initiated this miscellaneous proceeding by filing a request for issuance of a writ of continuing garnishment against funds payable to the defendant by garnishee Faurecia Automotive Seating, LLC. The garnishment of funds was sought to satisfy the judgment debt owed by defendant Akela Bishop arising from a judgment of restitution entered in a separate criminal proceeding, *United States v. Bishop*, No. 07-20251. The Clerk issued the requested writ, which was served on the garnishee and the defendant on October 3, 2022. The garnishee has not answered the writ. However, on October 26, 2022, the defendant filed an objection to the writ of continuing garnishment and a request for a hearing. The matter was referred to the assigned magistrate judge to conduct a hearing and issue a report and recommendation on the objections to the garnishment.

United States Magistrate Judge Jonathan J.C. Grey scheduled a hearing on November 16, 2022 to address the defendant's objections. Subsequently, he filed a report indicating that the

- 2 -

defendant failed to appear for the hearing and that the magistrate judge was unable to contact the defendant at the phone number listed on the docket.

The defendant has not submitted any further papers in this case. The deadline for filing objections to the report and recommendation has passed, and no objections have been filed. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 8) is **ADOPTED**, and the plaintiff's objections to the writ of continuing garnishment are **OVERRULED**.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated:   April 24, 2023